WIT McMILLAN v. THE STATE.

No. 9007.  Delivered May 6, 1925.

Assault to Murder—Evidence—Held Sufficient.

There are no bills of exception in the record, and the evidence as disclosed by the statement of facts is found sufficient to support the verdict, and the cause is affirmed.

Appeal from the District Court of Taylor County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction for an assault to murder; penalty, two years in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—From a conviction for assault to murder, with punishment fixed at two years in the penitentiary, this appeal is brought.

There are no bills of exception in the record. The indictment charges an offense, and the court's charge appears satisfactory.

Appellant was under the influence of liquor and accompanied the assault upon the injured party with a rock, by threats and apparently uncontradicted efforts to kill him. Parties interfered and prevented other injury. The injured party was severely hurt and might have been killed but for outside parties. We see no reason to interfere with the verdict of the jury.

The judgment will be affirmed.

*Affirmed.*